# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, | Case No. 2:17-cv-02783-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| JUAN CARLOS VALDES, et al., | |
| Defendant(s). | |

Before the Court is Plaintiff's notice of withdrawal of his application to proceed *in forma pauperis*. Docket No. 4. Plaintiff has also provided the $400 filing fee. Docket No. 5. Plaintiff's complaint has been filed as of today, and summons has been issued to all Defendants. Therefore, the Court **DISCHARGES** its order to show cause. Docket No. 3.

IT IS SO ORDERED.

DATED: January 17, 2018

NANCY J. KOPPE
United States Magistrate Judge