# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, | ) |
| Plaintiff(s), | ) Case No. 2:17-cv-02783-GMN-NJK |
| v. | ) ORDER |
| JUAN CARLOS VALDES, et al., | ) |
| Defendant(s). | ) |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Defendant Michelle Pont failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than February 14, 2018.

IT IS SO ORDERED.

DATED: February 7, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge