**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHAEL FOLEY, | ) | Case No. 2:17-cv-02783-GMN-NJK |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN CARLOS VALDES, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Pending before the Court is a motion to declare Plaintiff a vexatious litigant, filed by Defendants AP Express, LLC, AP Express Worldwide, LLC, World Pack USA, LLC, and Jeffery Pont. Docket No. 27. On June 8, 2018, Defendant Michelle Pont filed a joinder to the instant motion. Docket No. 28. A response shall be filed no later than July 3, 2018. Any reply shall be filed no later than July 9, 2018.

IT IS SO ORDERED.

DATED: June 19, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge