# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL FOLEY, | JUDGMENT IN A CIVIL CASE<br>for ATTORNEY FEES |
| Plaintiff, | |
| v. | Case Number:  2:17-cv-02783-GMN-NJK |
| JUAN CARLOS VALDES, et al., | |
| Defendant. | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in as follows:
the Court grants Defendants an award of costs other than attorney fees of $182.00 under Fed. R. Civ. P. 54(d)(1), (See Costs Taxed, ECF No. 65). The Court grants Defendants' request for an award of attorney fees in part. Defendants are entitled to recover an award of $3,477.50 in attorney fees from Plaintiff.

| | |
|---|---|
| 01/09/20 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |